FILED

2008 Sep-30  AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT D. SELLERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 03-KOB-457-S |
| | ) |
| TENET HEALTHCARE CORP., ET AL., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION.

On September 18, 2008, the Magistrate Judge's Findings and Recommendation was filed.

On September 24, 2008, a Correction to the Findings and Recommendation was entered.  No

objections have been filed by either the plaintiff or defendants pursuant to Rule 72(b) of the

*Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file,

including the findings and recommendation, the court is of the opinion that the magistrate judge's

findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.  A

final judgment will be entered.

As to the foregoing it is SO ORDERED this the 30th day of September, 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE